# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| JACK XIE, and all individuals similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE INVESTMENT COMMITTE AND BENEFITS OVERSIGHT COMMITTEE OF THE ALLERGAN INC. SAVINGS AND INVESTMENT PLAN and ACTAVIS INC. 401(k) PLAN, and MARIA TERESA HILADO,<br><br>    Defendants. | Case No. 8:17-CV-00271 CJC (JCGx)<br><br>The Hon. Cormac J. Carney<br><br>**ORDER GRANTING TRANSFER OF VENUE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE DISTRICT OF NEW JERSEY** |

    THE COURT, having reviewed the Stipulation, hereby orders the Clerk of the Court to transfer this case to the District of New Jersey (Newark).

    The Court further orders that Defendants' Motion to Transfer, filed June 26, 2017 and currently set for hearing on July 31, 2017, is moot based on this order and is taken off calendar.

    The Court further orders that Defendants shall not be required to file a responsive pleading until thirty (30) days after the District of New Jersey (Newark) has determined whether this action should be consolidated with the Andrew J.

Ormond, et al. v. Allergan Plc, et al., United States District Court, District of New Jersey Case No. 2:17-cv-01554-SDW-LDW.

    IT IS SO ORDERED.

Dated: July 10, 2017

                                        The Hon. Cormac J. Carney
                                        United States District Court Judge